## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 1:18CV23854

Plaintiff:
**Cesar Pineda, individually and on behalf of all others similarly situated**
vs.
Defendant:
**Teleclaro, LLC**

For: Jibrael Hindi
The Law Offices Of Jibrael S. Hindi, PLLC

Received by All Broward Process Corp on the 19th day of September, 2018 at 5:50 pm to be served on Teleclaro, LLC c/o r/a Martorell's Office Corp, 11046 W Flagler Street, Miami, FL 33174. I, _Hubert Wilcox_, do hereby affirm that on the _24_ day of _September_, 20_18_ at _09:48 a_.m., executed service by delivering a true copy of the **Summons in a Civil Action, Civil Cover Sheet, Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as
_____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as

( ) CORPORATE SERVICE: By serving _Vivian Martorell_ as
_Registered Agent_

( ) OTHER SERVICE: As described in the Comments below by serving
_____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____
_____
_____
_____

Age _50s_ Sex M (F) Race _White_ Height _5'7"_ Weight _135 lbs_ Hair _Gray_
Glasses Y (N)

## RETURN OF SERVICE For 1:18CV23854

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # _____ 855 _____
Appointed in accordance with State Statutes

**All Broward Process Corp**
**701 N Fig Tree Lane**
**Plantation, FL 33317**
**(954) 214-5194**

Our Job Serial Number: 2018002307

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1i

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Southern District of Florida

|  |  |
|---|---|
| CESAR PINEDA,<br>individually and on behalf of all<br>others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>TELECLARO, LLC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:18cv23854

*09/24/2018*
*9:48am*
*CPS 855 jfcw*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TELECLARO, LLC.
R/A: MARTORELL'S OFFICE CORP
11046 W FLAGLER ST
MIAMI, FL 33174

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Law Offices of Jibrael S. Hindi, PLLC. 110 SE 6th St., Suite 1744, Fort Lauderdale, FL 33301. Phone: (844)542-7235 Email: jibrael@jibraellaw.com Fax: (855)529-9540

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Sep 19, 2018

Steven M. Larimore
Clerk of Court

*s/ Doris Jones*
**Deputy Clerk**
**U.S. District Courts**