# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**CESAR PINEDA, individually and on
behalf of a class of others similarly situated**          **CASE NO.: 18-CV-23854-JEM**

    **Plaintiff,**

v.

**TELECLARO, LLC**

    **Defendants.**
_____/

## NOTICE OF APPEARANCE

The Law Office of Ray Garcia, P.A., files this, its Notice of Appearance in the representation of the Defendant, **TELECLARO, LLC**.

Dated: October 17, 2018                               Respectfully submitted,

                                                                     By: /s/ Nataline Garcia
                                                                       Nataline Garcia
                                                                       FBN: 1007959
                                                                       Email: NGarcia@raygarcialaw.com
                                                                       **Law Office of Ray Garcia, P.A.**
                                                                       *Attorney for Defendant, TELECLARO, LLC*
                                                                       14850 SW 26th Street, Suite 204
                                                                       Miami, Florida 33185
                                                                       Telephone: (305) 227-4030
                                                                       Fax: (305) 223-9811

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 17, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel and parties of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jibrael Jaralla Said Hindi
E-mail: jibrael@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, 17th Floor
Fort Lauderdale, Florida 33301
Telephone: 954-907-1136
*Attorney for Plaintiffs*

                                                         /s/ Nataline Garcia
                                                       Nataline Garcia
                                                       Fla. Bar No. 1007959