UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 18-23854-CIV-MARTINEZ-OTAZO-REYES

CESAR PINEDA, individually and on behalf
of a class of others similarly situated,

    Plaintiff,

vs.

TELECLARO, LLC,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

This cause came upon a *sua sponte* review of the record. On September 25, 2018, the Court ordered that "[w]ithin twenty (20) days of the appearance of a Defendant, counsel and *pro se* litigants shall file a Joint Scheduling Report and Joint Proposed Scheduling Order" [ECF No. 4 ¶ 3]. On October 17, 2018, defense counsel made an appearance on behalf of Defendant Teleclaro, LLC [ECF No. 6]. Additionally, the parties were required to file Certificates of Interested Parties and Corporate Disclosure Statements by the applicable deadlines in the Court's prior Order [ECF No. 4 ¶ 6]. A review of the record reflects that the parties have complied with neither requirement. It is, therefore

    **ORDERED AND ADJUDGED** that

On or before **December 14, 2018**, the parties shall show cause by filing their Joint Scheduling Report and proposed order. The parties shall also file their Certificate of Interested Parties and/or Corporate Disclosure by the same deadline. **If no Joint Scheduling Report is filed by the above deadline, this Case shall immediately be dismissed without prejudice.**[1] **If a party fails to file his/its Certificate of Interested Parties and/or Corporate Disclosure**

---

[1] If Defendant will not cooperate with Plaintiff in the filing of a Joint Scheduling Report, Plaintiff may file a notice of non-cooperation, and after proper inquiry, this Court may enter default judgment against Defendant.

- 2 -

**Statement by the above deadline, default judgment may be entered against the offending party or the case may be dismissed without prejudice.**

DONE AND ORDERED in Chambers at Miami, Florida, this 7 day of December, 2018.

                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record