UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CESAR PINEDA, individually and on behalf of a class of others similarly situated**              **CASE NO.: 18-CV-23854-JEM**

    **Plaintiff,**

v.

**TELECLARO, LLC**

    **Defendants.**
_____/

**DEFENDANT, TELECLARO, LLC'S, INITIAL DISCLOSURES**

The Defendant, TELECLARO, LLC, (hereinafter referred to as "TELECLARO"), hereby files its initial disclosures, subject to supplementation and/or amendment as the case proceeds as follow:

**DISCLOSURES**

TELECLARO has made a reasonable and good faith effort in responding to the initial disclosure requirements set forth in Federal Rule of Civil Procedure 26(a)(1). Without waiving any defenses, TELECLARO discloses individuals and documents that they may use to support their defense and any future claims.

TELECLARO expressly reserves the right to supplement these disclosures. The disclosures made herein are based upon factual information as presently known, and are not, in any way whatsoever, to the prejudice of TELECLARO.

1. **Rule 26(a)(1)(A)(i):**

1

The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:

| | |
|---|---|
| *Cesar Pineda*<br>c/o Jibrael Jaralla Said Hindi<br>The Law Offices of Jibrael S. Hindi<br>110 SE 6th Street, 17th Floor<br>Fort Lauderdale, Florida 33301<br>954-907-1136 | Parties have knowledge of the allegations in the Amended Complaint and Defendants' defenses. |
| *Teleclaro, LLC*<br>c/o Nataline Garcia<br>Law Office of Ray Garcia, P.A.<br>14850 SW 26th Street, Suite 204<br>Miami, Florida 33185<br>305-227-4030 | Parties have knowledge of the allegations in the Amended Complaint and the defenses thereto. |

**2. Rule 26(a)(1)(A)(ii)**

A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claim or defenses, unless the use would be solely for impeachment:

1. TELECLARO's report of activated calling cards.
2. TELECLARO's agents list's sales reports.
3. TELECLARO's client summary report.
4. The pleadings in this case.

Some of the documents listed above have been filed with the Court as attachments to the pleadings and/or responses filed. All remaining documents will be made available for review at a mutually agreeable time and place and in the course of discovery.

TELECLARO also reserves the right to rely upon documents, records, or electronically stored information in the possession, custody, and control of Plaintiff, **CESAR PINEDA**, and/or non-parties. TELECLARO reserves the right to supplement these initial disclosures if applicable.

Respectfully submitted this 2nd day of January, 2019.

        By: /s/ Nataline Garcia
            Nataline Garcia
            FBN: 1007959
            Email: NGarcia@raygarcialaw.com
            **Law Office of Ray Garcia, P.A.**
            *Attorney for Defendant, TELECLARO, LLC*
            14850 SW 26th Street, Suite 204
            Miami, Florida 33185
            Telephone: (305) 227-4030
            Fax: (305) 223-9811

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel and parties of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jibrael Jaralla Said Hindi
E-mail: jibrael@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, 17th Floor
Fort Lauderdale, Florida 33301
Telephone: 954-907-1136
*Attorney for Plaintiff(s)*

                                            /s/ Nataline Garcia
                                            Nataline Garcia
                                            Fla. Bar No. 1007959