UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CESAR PINEDA, individually and on behalf of a class of others similarly situated**          CASE NO.: 18-CV-23854-JEM

  **Plaintiff,**

v.

**TELECLARO, LLC**

  **Defendants.**
_____/

**DEFENDANT, TELECLARO, LLC'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS WITH INCORPORATED MEMORANDUM OF LAW**

  The Defendant, TELECLARO, LLC (hereinafter referred to as "Defendant"), a Florida Limited Liability Company, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby files this Reply to Plaintiff's Response in Opposition to Defendant's Motion to dismiss Plaintiff, CESAR PINEDA'S (hereinafter referred to as "Plaintiff"), Amended Complaint [Docket Entry #15] and in support thereof, Defendant states as follows:

  **I. PLAINTIFF'S COMPLAINT SHOULD BE DISMISSED BECAUSE IT FAILS TO STATE A PLAUSIBLE CLAIM UNDER THE TCPA**

  Defendant's Motion to Dismiss Plaintiff's Amended Complaint is based on the premise that Plaintiff has failed to state a plausible claim under the Telephone Consumer Protect Act ("TCPA). As stated in Plaintiff's response to Defendant Motion to Dismiss, Defendant does not contest that Plaintiff has adequately plead the elements of a TCPA case. See ¶15 of Plaintiff's Response in Opposition to Defendant's Motion to Dismiss. Rather, Defendant in

plain language, states that Plaintiff has brought suit against the wrong party, and thus, this action should be dismissed.

Plaintiff has failed to assert any plausible allegations demonstrating the plausibility of a vicarious liability relationship between TELECLARO, LLC, and Callture Communications. As previously stated in Defendant's Motion to Dismiss, there are no factual allegations describing whether TELECLARO, LLC, knew, or reasonably should have known, that Callture Communications was violating the TCPA on the seller's behalf or that TELECLARO, LLC, failed to take effective steps to force Callture Communications, Inc., to cease that conduct. The Plaintiff has failed to adequately plead any agency relationship between TELECLARO, LLC and Callture Communications, Inc., and thus, failed to assert vicarious liability under section 227(b)(1)(A)(iii) of the TCPA.

Plaintiff alleges the allegations are sufficiently raised in the Amended Complaint and restated in Plaintiff's Response in Opposition in ¶19a through ¶19f, but those allegations are "upon information and belief," "Defendant, or some person on its behalf," "Defendant, or some person on their behalf". See ¶19b, ¶19c, ¶19e, ¶19f. These allegations alone, do not sufficiently plead a theory of vicarious liability that should withstand dismissal of this action. In order to be liable under the TCPA, a plaintiff must plead (and ultimately prove) that the seller exercised, or had the right to exercise, control over its third-party telemarketers, which Plaintiff has failed to allege in this instance.

WHEREFORE, Defendant, TELECLARO, LLC, respectfully requests that this Honorable Court enter an Order dismissing Plaintiff's Amended Complaint and providing for such additional relief as the Court deems just and proper.

Dated: January 18, 2019.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/ Nataline Garcia
　　　　　　　　　　　　　　　　　　　　Nataline Garcia
　　　　　　　　　　　　　　　　　　　　FBN: 1007959
　　　　　　　　　　　　　　　　　　　　Email: NGarcia@raygarcialaw.com
　　　　　　　　　　　　　　　　　　　　**Law Office of Ray Garcia, P.A.**
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant, TELECLARO, LLC*
　　　　　　　　　　　　　　　　　　　　14850 SW 26th Street, Suite 204
　　　　　　　　　　　　　　　　　　　　Miami, Florida 33185
　　　　　　　　　　　　　　　　　　　　Telephone: (305) 227-4030
　　　　　　　　　　　　　　　　　　　　Fax: (305) 223-9811

## **CERTIFICATE OF SERVICE**

   I hereby certify that on January 18, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel and parties of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jibrael Jaralla Said Hindi
E-mail: jibrael@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, 17th Floor
Fort Lauderdale, Florida 33301
Telephone: 954-907-1136
*Attorney for Plaintiffs*

               /s/ Nataline Garcia
               Nataline Garcia
               Fla. Bar No. 1007959