UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CESAR PINEDA, individually and on
behalf of a class of others similarly situated        CASE NO.: 18-CV-23854-JEM

    Plaintiff,

v.

TELECLARO, LLC

    Defendants.
_____/

**DEFENDANT, TELECLARO, LLC'S, WITNESS LIST**

The Defendant, TELECLARO, LLC (hereinafter referred to as "TELECLARO"), hereby files this its Witness List, subject to supplementation and/or amendment as the case proceeds as follow:

*Cesar Pineda*
c/o Jibrael Jaralla Said Hindi
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, 17th Floor
Fort Lauderdale, Florida 33301
954-907-1136

*Teleclaro, LLC*
c/o Corporate Representative
Law Office of Ray Garcia, P.A.
14850 SW 26th Street, Suite 204
Miami, Florida 33185
305-227-4030

*Callture Communications, Inc.*
c/o Corporate Representative
2800 Skymark Avenue, Suite 402
Mississauga, Ontario L4W5A6
Canada

*Telestar Communications Corp.*
c/o Corporate Representative
7169 West 4th Way
Hialeah, Florida 33014

*Nelson Padilla-Lima*
7169 West 4th Way
Hialeah, Florida 33014

*Masayita Minimarket Corp.*
c/o Corporate Representative
10930 West Flagler Street, Suite 304
Miami, Florida 33174

Respectfully submitted this 9th day of May, 2019.

          By: /s/ Nataline Garcia
          Nataline Garcia
          FBN: 1007959
          Email: NGarcia@raygarcialaw.com
          **Law Office of Ray Garcia, P.A.**
          *Attorney for Defendant,*
          *TELECLARO, LLC*
          14850 SW 26th Street, Suite 204
          Miami, Florida 33185
          Telephone: (305) 227-4030
          Fax: (305) 223-9811

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 9, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel and parties of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jibrael Jaralla Said Hindi
E-mail: jibrael@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, 17th Floor
Fort Lauderdale, Florida 33301
Telephone: 954-907-1136
*Attorney for Plaintiff(s)*

/s/ Nataline Garcia
Nataline Garcia
Fla. Bar No. 1007959