UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CESAR PINEDA, individually and on
behalf of a class of others similarly situated**          **CASE NO.: 18-CV-23854-JEM**

    **Plaintiff,**

v.

**TELECLARO, LLC**

    **Defendants.**
_____/

**NOTICE OF TAKING DEPOSITION**

**PLEASE TAKE NOTICE** that the Defendant, by and through the undersigned attorney, will take the deposition of:

    **NAME:**    Cesar Pineda

    **DATE:**    **July 30, 2019**

    **TIME:**    **11:00 AM**

    **PLACE:**    **Legal Edge Services**
                  **701 Brickell Avenue**
                  **Ste. 1550**
                  **Miami, FL 33131**

Upon oral examinations, before a reporter from Legal Edge Services, Notary Public, in and for the State of Florida at Large, or some other officer duly authorized by law to take depositions. The deposition will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

Respectfully submitted this 3rd day of July, 2019.

                                                    By: /s/ Nataline Garcia
                                                    Nataline Garcia
                                                    FBN: 1007959
                                                    Email: NGarcia@raygarcialaw.com
                                                    **Law Office of Ray Garcia, P.A.**
                                                    *Attorney for Defendant, TELECLARO, LLC*
                                                    14850 SW 26th Street, Suite 204
                                                   Miami, Florida 33185
                                                   Telephone: (305) 227-4030
                                                   Fax: (305) 223-9811