UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CESAR PINEDA, individually and on
behalf of a class of others similarly situated**   **CASE NO.: 18-CV-23854-JEM**

    **Plaintiff,**

**v.**

**TELECLARO, LLC**

    **Defendants.**
_____/

**NOTICE OF CANCELLATION OF DEPOSITION**

The Defendant**, TELECLARO, LLC,** by and through the undersigned counsel hereby notifies this Court that Notice for Deposition of TeleClaro LLC, Julio Guzman, Corporate Representative, on Thursday, July 17th, 2019 at 11:00 a.m., has been cancelled.

Respectfully submitted this 16th day of July, 2019.

                                                                          By: /s/ Nataline Garcia
                                                                          Nataline Garcia
                                                                          FBN: 1007959
                                                                          Email: NGarcia@raygarcialaw.com
                                                                          **Law Office of Ray Garcia, P.A.**
                                                                          *Attorney for Defendant, TELECLARO, LLC*
                                                                          14850 SW 26th Street, Suite 204
                                                                          Miami, Florida 33185
                                                                          Telephone: (305) 227-4030
                                                                          Fax: (305) 223-9811