UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CESAR PINEDA, individually and on behalf of a class of others similarly situated**

CASE NO.: 18-CV-23854-JEM

    **Plaintiff,**

v.

**TELECLARO, LLC**

    **Defendants.**

_____/

## DEFENDANT, TELECLARO, LLC'S AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT

The Defendant, TELECLARO, LLC, (hereinafter referred to as "Defendant") hereby files this Answer to Plaintiff, CESAR PINEDA'S (hereinafter referred to as "Plaintiff") First Amended Complaint and in support thereof states as follows:

1. The Defendant admits to the following paragraphs of the Complaint: 1, 5, 8 and 12.

2. The Defendant denies the following paragraphs of the Complaint: 2, 3, 4, 6, 13, 14, 15, 17, 19, 24, 27, 58, 64, 65, 68, 69 and 70.

3. The Defendant is without knowledge of the following paragraphs of the Complaint: 7, 9, 10, 11, 16, 18, 20, 21, 22, 23, 25, 26, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 59, 60, 61, 62, 63, 64, 65, 66 and 67. Accordingly, those paragraphs are denied and strict proof is demanded thereof.

4. Any paragraph which the Defendant does not specifically admit is hereby denied.

WHEREFORE, having responded to the Plaintiff's First Amended Complaint, Defendant, TELECLARO, LLC respectfully requests the entry of a defense judgment and such other relief as the Court deems just.

## **AFFIRMATIVE DEFENSES**

1. There are no factual allegations describing whether TELECLARO, LLC, knew, or reasonably should have known, that Callture Communications was violating the TCPA on the seller's behalf or that TELECLARO, LLC, failed to take effective steps to force Callture Communications, Inc., to cease that conduct. The Plaintiff has failed to adequately plead any agency relationship between TELECLARO, LLC and Callture Communications, Inc., and thus, failed to assert vicarious liability under section 227(b)(1)(A)(iii) of the TCPA.

2. Plaintiffs' claims under the FDCPA are barred due to an absence of any actual damages. Hence, any statutory damages are an excessive fine and violate Teleclaro's LLC's rights under the Due Process and Takings Clause of the United States Constitution and Florida Constitution.

3. Plaintiffs' claim under the FDCPA are barred due to his failure to join Callture Communications, Inc., and, Telestar Communications Corp., the parties with potential liability in this action, although Defendant, TELECLARO, LLC does not admit to any liability or improper actions in this matter.

4. Defendant affirmatively states that Plaintiff and putative class members have not incurred an injury in fact, and Plaintiffs do not therefore have standing under Article III of the United States Constitution to bring the instant claims.

5. Plaintiffs' claims, and those putative class members, are barred in whole or in part, by the applicable statute of limitations.

6. Plaintiffs' claims, and those of putative class members, are barred in whole or in part, as a result of their failure to mitigate their alleged damages, if any.

7. Plaintiffs' claims, and those of putative class members, are barred, in whole or in part, because they have not suffered actual damages due to any alleged violations of the TCPA by Defendant.

8. Although it is Plaintiffs' burden to establish the elements of their claim, to the extent it is Defendant's burden, Plaintiffs' TCPA claim, and those putative class members, may be barred, in whole or in part, if Plaintiffs provided "prior express consent" within the meaning of the TCPA, 47 U.S.C. 227(b)(1)(A), for all messages allegedly sent to their cell phone numbers by any alleged automatic telephone dialing system.

9. Plaintiffs and putative class members are precluded from any recovery from Defendant for willful and knowing violation of the TCPA because any such violation (which Defendant denies occurred) would not have been willful of knowing.

10. The damages alleged by Plaintiffs and putative class members, may have been the result of superseding and/or intervening cause(s), and to the extent so, claims against this Defendant are barred or diminished.

11. Defendant states that if Plaintiffs and the putative class members were damaged, such damaged was caused by the actions of persons over whom Defendant had no control or responsibility; and accordingly, the liability of the Defendant, which is expressly denied, should be reduced by the degree of fault of these third parties.

**12.** Defendant affirmatively asserts that Plaintiffs and putative class members lack standing to assert the claims set forth in the Complaint, in whole or in part, including I they are not the subscribers to the telephone accounts messaged.

**13.** Defendant affirmatively asserts that Plaintiffs'' and putative class members' claims may be barred by the doctrines of waiver, estoppels, laches and/or unclean hands.

Defendant, TELECLARO, LLC, reserves the right to assert each and every other affirmative defenses or delete previously raised affirmative defenses as may be identified during the course of litigation.

Dated: July 29, 2019                               Respectfully submitted,


By: /s/ Nataline Garcia
    Nataline Garcia
    FBN: 1007959
    Email: NGarcia@raygarcialaw.com
    **Law Office of Ray Garcia, P.A.**
    *Attorney for Defendant, TELECLARO, LLC*
    14850 SW 26th Street, Suite 204
    Miami, Florida 33185
    Telephone: (305) 227-4030
    Fax: (305) 223-9811

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 29, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel and parties of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jibrael Jaralla Said Hindi
E-mail: jibrael@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, 17th Floor
Fort Lauderdale, Florida 33301
Telephone: 954-907-1136
*Attorney for Plaintiffs*

                                        /s/ Nataline Garcia
                                        Nataline Garcia
                                        Fla. Bar No. 1007959