UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.:** 1:18-CV-23854

CESAR PINEDA, individually and on behalf of a
class of others similarly situated,

    Plaintiff,

v.

TELECLARO, LLC,

    Defendant.
_____/

## **NOTICE OF HEARING**

PLEASE TAKE NOTICE that, pursuant to the Scheduling Order [D.E. 24] issued in the above captioned action, a hearing before Magistrate Judge Alicia M. Otazo-Reyes to resolve a discovery dispute between the Parties has been scheduled for **SEPTEMBER 03, 2019**, at **3:00 P.M.**, at 301 N. Miami Avenue, 10th Floor, Miami, Florida. Further, as required by the Scheduling Order, Plaintiff briefly specifies the following as the substance of this discovery matter to be heard:

1. On May 23, 2019, Plaintiff propounded requests for admission, requests for production, and interrogatories on Defendant. After numerous extensions, Plaintiff commanded that Defendant provide its responses to Plaintiff's discovery requests on or before July 30, 2019.

2. On July 31, 2019, Defendant provided Plaintiff with an untimely response to (only) Plaintiff's requests for admission.

3. Plaintiff seeks this hearing to *compel* Defendant to respond to Plaintiff's requests for production and interrogators, to obtain an Order deeming each of Plaintiff's requests for admission admitted, attorneys' fees and costs, and for any further relief this Court deems proper.

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

The undersigned certifies that the parties have complied with the pre-filing conference required by Southern District of Florida Local Rule 7.l(a)(3).

DATED: August 9, 2019

                                  Respectfully Submitted,

                                  /s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:    jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:    tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:     954-907-1136
Fax:       855-529-9540

*COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 9, 2019, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

                                  /s/ Thomas J. Patti                 .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com