UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-23854-CIV-MARTINEZ/AOR

CESAR PINEDA, individually and on behalf
of a class of others similarly situated,

    Plaintiff,

v.

TELECLARO, LLC,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff Cesar Pineda's ("Plaintiff") Notice of Hearing [D.E. 36]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Jose E. Martinez, United States District Judge [D.E. 24]. The undersigned held a hearing on this matter on September 6, 2019. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

1. Defendant's responses to Plaintiff's Request for Admissions are deemed timely filed albeit they were one day late;

2. Defendant has until close of business on Friday, September 13, 2019, to fully respond, without objections, to Plaintiff's Interrogatories and Request for Production; and

3. The undersigned will hold Plaintiff's request for attorney's fees and costs associated with this hearing in abeyance and admonishes Defendant that failure to respond to Plaintiff's outstanding discovery as directed above will result in the imposition of attorney's fees and costs as a sanction.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of September, 2019.

*[signature]*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Jose E. Martinez
Counsel of Record