UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**CESAR PINEDA,**
individually and on behalf of all
others similarly situated

        **Plaintiff,**            **CASE NO.: 1:18-CV-23854**

v.

**TELECLARO, LLC.**

        **Defendant.**
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT, TELECLARO, LLC**

      The Defendant, TELECLARO, LLC, and Plaintiff, CESAR PINEDA, individually and on behalf of all other similarly situated, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to a dismissal, with prejudice, of each claim and count asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorneys' fees, costs, and expenses.

| | |
|---|---|
| **THE LAW OFFICES OF**<br>**JIBRAEL S. HINDI**<br>110 SE 6th Street, 17th Floor<br>Fort Lauderdale, Florida 33301<br>Telephone: 954-907-1136<br>E-mail: **jibrael@jibraellaw.com**<br><br>By: /s/ *Jibrael S. Hindi*<br>   Jibrael S. Hindi, Esq.<br>   Florida Bar No.: 118259<br>   *Attorney for Plaintiffs* | **LAW OFFICE OF RAY GARCIA, P.A.**<br>14850 SW 26th Street, Suite 204<br>Miami, Florida 33185<br>Telephone: 305-227-4030<br>Email:  **ngarcia@raygarcialaw.com**<br><br>By: /s/ *Nataline Garcia*<br>   Nataline Garcia, Esq.<br>   Florida Bar No.: 1007959<br>   *Attorneys for Defendant* |

1101.2099

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 30, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel and parties of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jibrael Jaralla Said Hindi
E-mail: jibrael@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, 17th Floor
Fort Lauderdale, Florida 33301
Telephone: 954-907-1136
*Attorney for Plaintiffs*

                                                /s/ Nataline Garcia
                                                Nataline Garcia
                                                Fla. Bar No. 1007959

1101.2099