UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 18-23854-CIV-MARTINEZ-OTAZO-REYES

CESAR PINEDA,
    Plaintiff,

vs.

TELECLARO, LLC.,
    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice as to Defendant, Teleclaro, LLC, [ECF No. 46]. It is hereby:

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**. For purposes of the record, the Court makes clear that this settlement is on behalf of Plaintiff individually and does not serve as a class settlement. All parties shall bear their own attorneys' fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 7 day of November, 2019.

                                                                     JOSE E. MARTINEZ
                                                                     UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record